Order issued October 30, 2012

004830



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00650-CV

**STARCO IMPEX, INC. D/B/A WHOLESALE OUTLET, Appellant**

V.

**KATALYST BEVERAGE CORPORATION, Appellee**

## ORDER

We **GRANT** appellant's October 23, 2012 third unopposed motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on October 23, 2012 filed as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE